Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MAERSK LINE, | ) | Case No.  CV12-4531GAF (SHx) |
| | ) | |
| Plaintiff, | ) | **IN ADMIRALTY** |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| SAC INTERNATIONAL STEEL, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Stipulation for Entry of Judgment filed herein:

　　　IT IS ADJUDGED that Maersk Line recover from SAC International Steel, Inc. the following amounts:

///

///

///

1

|   |   |
|---|---|
| Principal | $15,970.00 |
| Interest | $1,642.00 |
| Attorney's fees | $3,000.00 |
| Costs: | $388.50 |
| Total: | $21,500.00 |

plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated:  March 7, 2013

_____
Hon. Gary A. Feess
United States District Judge

2